*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered: May 21, 2015                519661
_____

In the Matter of ELIOT LOPEZ,
                    Petitioner,

        v

ALBERT PRACK, as Director of          MEMORANDUM AND JUDGMENT
    Special Housing and Inmate
    Disciplinary Programs,
                    Respondent.
_____

Calendar Date:  March 31, 2015

Before:  Peters, P.J., Egan Jr., Rose and Devine, JJ.

——————————

        Eliot Lopez, Comstock, petitioner pro se.

        Eric T. Schneiderman, Attorney General, Albany (Marcus J. Mastracco of counsel), for respondent.

——————————

        Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review a determination of the Commissioner of Corrections and Community Supervision which found petitioner guilty of violating certain prison disciplinary rules.

        Determination confirmed.  No opinion.

        Peters, P.J., Egan Jr., Rose and Devine, JJ., concur.

ADJUDGED that the determination is confirmed, without costs, and petition dismissed.

ENTER:

Robert D. Mayberger
Clerk of the Court